AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE _____    District of    **MASSACHUSETTS**

PHARMASTEM THERAPEUTICS, INC.

       Plaintiff,

          V.

VIACELL, INC., OBSTETRICAL AND GYNECOLOGICAL
ASSOCIATES, P.A., FEMPARTNERS, INC., and
CARITAS ST. ELIZABETH'S MEDICAL CENTER
OF BOSTON, INC.

       Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    04-CV-11673 RWZ

TO: (Name and address of Defendant)

    Caritas St. Elizabeth's Medical Center
       of Boston, Inc.
    c/o Robert M. Haddad, M.D.
    736 Cambridge Street
    Boston, MA 02135

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Daniel J. Kelly, Esquire
    Gadsby Hannah LLP
    225 Franklin Street
    Boston, MA    02110

an answer to the complaint which is served on you with this summons, within __**twenty (20)**__ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.



CLERK _____

(By) DEPUTY CLERK

DATE    6/10/2004

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | August 12, 2004 |
|---|---|---|
| **NAME OF SERVER**   BURTON M. MALKOFSKY | **TITLE** | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person whom the summons and complaint were left:

_____

Said service was made at: _____ , MASSACHUSETTS

☒ Other:  By handing true and attested copies thereof to _____ **Ms. Cheryl Bardetti, Risk Specialist and**

Duly Authorized Agent for the within-named     **Defendant, Caritas St. Elizabeth's Medical Center of Boston, Inc.**

Said service was made at:

_____ **736 Cambridge Street, Boston** _____ , MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE  $    34.00 | Trips | |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ **August 12, 2004** _____
Date

*Burton M Malkofsky*
Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

## ADDITIONAL INFORMATION

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $_____ |
| | | | $_____ |
| | | | $_____ |
| | | | $_____ |
| | | | $_____ |
| | | | $_____ |
| | | TOTAL | $_____ |

Also served:

- **Civil Action Cover Sheet**

- **Category Sheet**

- **Amended Complaint for Patent Infringement and Demand for Jury Trial**

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| **Suvalle, Jodrey & Associates** | **One Devonshire Place** | **Telephone # (617) 720-5733** |
|---|---|---|
| **Massachusetts Constables since 1925** | **Boston, MA 02109** | **Fax #      (617) 720-5737** |