## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIACELL, INC., a Delaware corporation, OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES, P.A., FEMPARTNERS, INC., a Delaware corporation and CARITAS ST. ELIZABETH'S MEDICAL CENTER OF BOSTON, INC., a Massachusetts Nonprofit Corporation,<br><br>Defendants. | Civil Action No. 04-CV-11673 RWZ |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff PharmaStem Therapeutics, Inc. hereby notifies the Court that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

        Respectfully submitted,

        PHARMASTEM THERAPEUTICS, INC.,
        By its attorneys,

        /s/ Edward W. Little, Jr.
        Daniel J. Kelly, BBO # 553926
        dkelly@ghlaw.com
        Edward W. Little, Jr., BBO # 628985
        elittle@ghlaw.com
        Gadsby Hannah LLP
        225 Franklin Street
        Boston, MA  02110
August 19, 2004        (617) 345-7000

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that on this day a true copy of Plaintiff's Corporate Disclosure Statement was served upon each party (or, if an attorney has been identified for any party, on that attorney) by first class mail, postage prepaid.

By: /s/ Edward W. Little, Jr.

Date: August 19, 2004

B0378226v1