# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIACELL, INC., a Delaware corporation, OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES, P.A., FEMPARTNERS, INC., a Delaware corporation and CARITAS ST. ELIZABETH'S MEDICAL CENTER OF BOSTON, INC., a Massachusetts Nonprofit Corporation,<br><br>Defendants. | Civil Action No. 04-CV-11673 RWZ |

**NOTICE OF APPEARANCE OF EDWARD W. LITTLE, JR.**

Please enter the appearance of Edward W. Little, Jr., of Gadsby Hannah LLP, on behalf of plaintiff PharmaStem Therapeutics, Inc. in the above-referenced case.

    Respectfully submitted,

    PHARMASTEM THERAPEUTICS, INC.
    By its attorneys,


    /s/ Edward W. Little, Jr.
    Daniel J. Kelly, BBO# 553926
    Edward W. Little, Jr., BBO# 628985
    Gadsby Hannah LLP
    225 Franklin Street
    Boston, MA 02110
DATED:  August 19, 2004    (617) 345-7000

[/B0378599]

OF COUNSEL:
PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA  94025-1114
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350

## CERTIFICATE OF SERVICE

    I hereby certify that I have this 19th day of August, 2004, caused to be served on all parties (or their counsel of record, if any at this time) the above document by first class mail, postage prepaid.

    /s/ Edward W. Little, Jr.
    Edward W. Little, Jr.