## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | |
| Plaintiff, | Civil Action No. 04-CV-11673 RWZ |
| v. | |
| VIACELL, INC., a Delaware corporation, OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES, P.A., FEMPARTNERS, INC., a Delaware corporation and CARITAS ST. ELIZABETH'S MEDICAL CENTER OF BOSTON, INC., a Massachusetts Nonprofit Corporation, | |
| Defendants. | |

## EXHIBIT 2

# GOODWIN | PROCTER

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000

# F A X   T R A N S M I T T A L

If problems with transmittal, call fax department at 617.570.1498.

| Date | Total pages | Attorney number | Client/matter number |
|---|---|---|---|
| September 29, 2004 | 3 | | |

| To | Company | Fax number | Telephone |
|---|---|---|---|
| Paul J. Andre, Esq. | Perkins Coie | 650-838-4350 | |
| Ted Little | Gadsby Hannah LLP | 617-345-7050 | 617-345-7000 |

| From | | Fax number | Telephone |
|---|---|---|---|
| Elaine Herrmann Blais | | 617.523.1231 | 617.570.1205 |

**Message:**

The information contained in this communication is intended only for the personal and confidential use of the designated recipients addressed. This message may be an attorney-client communication from an attorney at the law firm of Goodwin Procter LLP and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us at the telephone number shown above, and return the original message to us by mail. Thank you.

# GOODWIN | PROCTER

Elaine Herrmann Blais
617.570.1205
eblais@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

September 30, 2004

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA  94025

**Re:**   **PharmStem v. ViaCell, Inc., et al., 04 CV 11673 (D.Mass)**

Dear Paul:

I write to confirm that we represent all defendants (ViaCell, FemPartners, OGA, and Caritas St. Elizabeth's) in the above captioned litigation and that you have agreed to an extension for all defendants represented by Goodwin Procter to answer or otherwise plead. As discussed, that extension will run through November 29, 2004.

Thank you.

Very truly yours,

Elaine Herrmann Blais

EHB:djk

cc:    Paul F. Ware Jr., P.C.
       Ted Little, Esq.