UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

---

PHARMASTEM THERAPEUTICS, INC.,
a Delaware corporation,

        Plaintiff,

    v.

VIACELL, INC., a Delaware corporation,
OBSTETRICAL AND
GYNECOLOGICAL ASSOCIATES, P.A.,
and FEMPARTNERS, INC., a Delaware
corporation,

        Defendants.

Civil Action No.: 04-CV-11673-RWZ

---

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3 of the United States District Court for the District

of Massachusetts, Plaintiff's counsel of record, a member of the bar of this Court,

respectfully applies for leave to admit *pro hac vice* Paul J. Andre, Esq., Lisa Kobialka,

Esq., Amanda M. Fox, Esq., Ulysses S.T. Hui, Esq., Benjamin T. Duranske, Esq. and

Radhika Tandon, Esq., of the law firm of Perkins Coie, LLP to practice in the Court in

this action on behalf of the plaintiff Pharmastem Therapeutics, Inc.

In support thereof, the undersigned states as follows:

1.     Paul J. Andre, Esq., Lisa Kobialka, Esq., Amanda M. Fox, Esq., Ulysses

S.T. Hui, Esq., Benjamin T. Duranske, Esq. and Radhika Tandon, Esq. are members in

good standing of the bar in the State of California.

B0368135v1

2.     There are no disciplinary proceedings pending against Paul J. Andre, Esq.,
Lisa Kobialka, Esq., Amanda M. Fox, Esq., Ulysses S.T. Hui, Esq., Benjamin T.
Duranske, Esq. and Radhika Tandon, Esq. as members of the bar in any jurisdiction, nor
have Paul J. Andre, Esq., Lisa Kobialka, Esq., Amanda M. Fox, Esq., Ulysses S.T. Hui,
Esq., Benjamin T. Duranske, Esq. or Radhika Tandon, Esq. ever been disbarred or
suspended from any court or tribunal.

3.     Paul J. Andre, Esq., Lisa Kobialka, Esq., Amanda M. Fox, Esq., Ulysses
S.T. Hui, Esq., Benjamin T. Duranske, Esq. and Radhika Tandon, Esq. represent the
plaintiff Pharmastem Therapeutics, Inc.

4.     The appearance and participation of Paul J. Andre, Esq., Lisa Kobialka,
Esq., Amanda M. Fox, Esq., Ulysses S.T. Hui, Esq., Benjamin T. Duranske, Esq. and
Radhika Tandon, Esq in this matter in conjunction with attorneys from Gadsby Hannah,
LLP, 225 Franklin Street, Boston, MA 02110, are necessary for the proper and effective
representation of the plaintiff.

5.     Attached hereto and incorporated herein are certifications filed by Paul J.
Andre, Esq., Lisa Kobialka, Esq., Amanda M. Fox, Esq., Ulysses S.T. Hui, Esq.,
Benjamin T. Duranske, Esq. and Radhika Tandon, Esq. in support of this motion attesting
to the foregoing.

WHEREFORE, for purposes of representing the plaintiff Pharmastem
Therapeutics, Inc., in the above-captioned action, the petitioner respectfully prays Paul J.
Andre, Esq., Lisa Kobialka, Esq., Amanda M. Fox, Esq., Ulysses S.T. Hui, Esq.,
Benjamin T. Duranske, Esq. and Radhika Tandon, Esq. be admitted *pro hac vice*, to

practice in this action before the United States District Court for the District of

Massachusetts.

PHARMASTEM THERAPEUTICS, INC.,
By its attorneys,

Daniel J. Kelly, BBO # 553926
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110
(617) 345-7000

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served
upon the attorney of record for each party by mail/by hand/electronically.

By: _____

Date: _____ 10/29/04 _____

B0368135v1