UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br> v.<br><br>VIACELL, INC., a Delaware corporation, OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES, P.A., FEMPARTNERS, INC., a Delaware corporation and CARITAS ST. ELIZABETH'S MEDICAL CENTER OF BOSTON, INC., a Massachusetts Nonprofit Corporation,<br><br>    Defendants. | Civil Action No. 04-CV-11673 RWZ |

**EXHIBIT 5**

**TO**

**DECLARATION OF ATTORNEY EDWARD W. LITTLE, JR.**

# U.S. District Court
### District of New Jersey [LIVE] (Newark)
### CIVIL DOCKET FOR CASE #: 2:01-cv-04995-DRD

SCHWARZ PHARMA, INC., et al v. TEVA PHARMACEUTICALS  
Assigned to: Judge Dickinson R. Debevoise  
Demand: $0  
Cause: 35:271 Patent Infringement

Date Filed: 10/29/2001  
Jury Demand: None  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

------------------------

**SCHWARZ PHARMA, INC.**    represented by    **CHARLES MICHAEL LIZZA**  
LEBOEUF, LAMB, GREENE & MACRAE, LLP  
ONE RIVERFRONT PLAZA  
NEWARK, NJ 07102-5490  
(973) 643-8000  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**KATHLEEN HOLLY DOOLEY**  
DRINKER BIDDLE & REATH, LLP  
500 CAMPUS DRIVE  
FLORHAM PARK, NJ 07932-1047  
97336  
(973) 360-1100  
*TERMINATED: 03/18/2002*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**SCHWARZ PHARMA AG**    represented by    **CHARLES MICHAEL LIZZA**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**KATHLEEN HOLLY DOOLEY**  
(See above for address)  
*TERMINATED: 03/18/2002*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**WARNER-LAMBERT COMPANY**    represented by    **GEORGE G. GORDON**  
DECHERT LLP  
4000 BELL ATLANTIC TOWER  
1717 ARCH STREET  
PHILADELPHIA,, PA 19103  
215-994-2382

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KATHLEEN HOLLY DOOLEY**
(See above for address)
*TERMINATED: 05/19/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MELISSA L. KLIPP**
DRINKER, BIDDLE & SHANLEY, LLP
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-1047
(973) 360-1100
Email: melissa.klipp@dbr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CHARLES MICHAEL LIZZA**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**TEVA PHARMACEUTICALS USA, INC.** represented by **ALLYN ZISSEL LITE**
LITE, DEPALMA, GREENBERG AND RIVAS, LCC
TWO GATEWAY CENTER
12TH FLOOR
NEWARK, NJ 07102-5003
(973) 623-3000
Email: alite@ldgrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ARNOLD B. CALMANN**
SAIBER, SCHLESINGER, SATZ & GOLDSTEIN, ESQS.
ONE GATEWAY CENTER
13TH FLOOR
NEWARK, NJ 07102-5311
(973)-622-3333
Email: abc@saiber.com
*TERMINATED: 09/20/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**
-----------------------

| | |
|---|---|
| **TEVA PHARMACEUTICALS USA, INC.** | represented by **ARNOLD B. CALMANN**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **TEVA PHARMACEUTICALS USA, INC.** | represented by **ARNOLD B. CALMANN**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**TEVA PHARMACEUTICALS USA, INC.**

V.

**Counter Defendant**
-----------------------

**SCHWARZ PHARMA AG**

**SCHWARZ PHARMA, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2001 | 1 | COMPLAINT filed FILING FEE $ 150.00 RECEIPT # 304135 (mj) (Entered: 11/02/2001) |
| 11/02/2001 | 2 | NOTICE of Allocation and Assignment filed. Magistrate Judge Hedges (mj) (Entered: 11/02/2001) |
| 11/02/2001 | | SUMMONS(ES) issued for TEVA PHARMACEUTICALS ( 20 Days) (Mailed to Counsel) (mj) (Entered: 11/02/2001) |
| 12/11/2001 | 3 | ORDER, extending' answer due for 12/28/01 for TEVA PHARMACEUTICALS ( signed by Judge Dickinson R. Debevoise ) ***(sealed) (mn) (Entered: 12/17/2001) |
| 12/21/2001 | 4 | Substitute attorney for SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG, WARNER-LAMBERT COMPA ; Terminated attorney STUART ALDEROTY for WARNER-LAMBERT COMPA, attorney STUART ALDEROTY for SCHWARZ PHARMA AG, attorney STUART ALDEROTY for SCHWARZ PHARMA, INC. ; Added, KATHLEEN HOLLY DOOLEY (sr) (Entered: 01/02/2002) |

| 12/28/2001 | 5 | ANSWER to Complaint and COUNTERCLAIM by TEVA PHARMACEUTICALS (nr) (Entered: 01/03/2002) |
|---|---|---|
| 12/28/2001 | 6 | CERTIFICATE OF SERVICE of copies of answer and counterclaim (nr) (Entered: 01/03/2002) |
| 01/16/2002 | 7 | APPLICATION by SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG and Clerk's Order extending time to reply counterclaim. Answer due 2/1/02 for SCHWARZ PHARMA AG, for SCHWARZ PHARMA, INC. (jd) (Entered: 01/17/2002) |
| 01/17/2002 | 8 | STIPULATION and ORDER, extending time to reply to Teva Pamaceutical USA's counterclaim to 2/15/02. nm ( signed by Judge Dickinson R. Debevoise ) (bl) (Entered: 01/22/2002) |
| 02/01/2002 | 9 | ORDER, resetting answer to counterclaims due for 2/15/02 for dft TEVA PHARMACEUTICALS ( signed by Judge Dickinson R. Debevoise ) n/m (ak) (Entered: 02/04/2002) |
| 02/07/2002 | 10 | AMENDED ANSWER and COUNTERCLAIM by TEVA PHARMACEUTICALS (nr) (Entered: 02/08/2002) |
| 02/19/2002 | 11 | ORDER, for Albert E. Fey, Esq., W. Edward-Bailey, Esq., A. Joy Arnold, Esq., Sasha G. Rao, Esq., John P. Hanish, Esq. & Staci Levin Julie, Esq. to appear pro hac vice ( signed by Magistrate Judge Susan D. Wigenton ) n/m (aa) (Entered: 02/20/2002) |
| 02/22/2002 | 12 | ANSWER/REPLY by WARNER-LAMBERT COMPA to [10-2] counter claim, [5-2] counter claim (DD) (Entered: 02/25/2002) |
| 02/22/2002 | 13 | Notice of MOTION to dismiss Counts II, III, IV & VI of Teva's counterclaims, in their entirety, for failure to state a claim , and to strike portions of Counts II, III & V of Teva's counterclaims & striking Teva's Third Separate Affirmative Defense, in its entirety by WARNER-LAMBERT COMPA, Motion set for 3/25/02 on [13-1] motion, set for 3/25/02 on [13-2] motion ; w/cert. of serv. (Brief/PO Subm) (DD) (Entered: 02/25/2002) |
| 02/22/2002 | 14 | DECLARATION of F. CHRISTOPHER MIZZO w/attached exhibits A-6 on behalf of WARNER-LAMBERT COMPA Re: [13-1] motion to dismiss Counts II, III, IV & VI of Teva's counterclaims, in their entirety, for failure to state a claim, [13-2] motion to strike portions of Counts II, III & V of Teva's counterclaims & striking Teva's Third Separate Affirmative Defense, in its entirety (DD) (Entered: 02/25/2002) |
| 03/01/2002 | 15 | Notice of MOTION for judgment on the pleadings by SCHWARZ |

| | | |
|---|---|---|
| | | PHARMA, INC., SCHWARZ PHARMA AG, Motion set for 3/25/02 on [15-1] motion cert of service (Brief/PO Subm) (jd) (Entered: 03/04/2002) |
| 03/04/2002 | 16 | ORDER, set scheduling conference for 10:00 4/23/02 ; etc. ( signed by Mag. Judge Ronald J. Hedges ) (NM) (DD) (Entered: 03/05/2002) |
| 03/15/2002 | 17 | LETTER By SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG Re: substituting Charles M. Lizza as counsel for pltfs., Schwarz Pharma, Inc. & Schwarz Pharma AG (DD) (Entered: 03/18/2002) |
| 03/20/2002 | 18 | ORDER, reassigning all pretrial matters from Magistrate Judge Hedges to Magistrate Judge Wigenton ( signed by Judge Dickinson R. Debevoise ) (NM) (ak) (Entered: 03/21/2002) |
| 03/25/2002 | 19 | Minute entry: Proceedings recorded by Ct-Reporter: none; Minutes of: 3/25/02; The following actions were taken, resetting motion hearing on [15-1] motion for judgment on the pleadings by SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC. for 5/13/02 By Judge Dickinson R. Debevoise (ar) (Entered: 03/28/2002) |
| 03/25/2002 | 20 | Minute entry: Proceedings recorded by Ct-Reporter: none; Minutes of: 3/25/02; The following actions were taken, resetting motion hearing on [13-1] motion to dismiss Counts II, III, IV & VI of Teva's counterclaims, in their entirety, for failure to state a claim by WARNER-LAMBERT COMPA for 5/13/02; resetting motion hearing on [13-2] motion to strike portions of Counts II, III & V of Teva's counterclaims & striking Teva's Third Separate Affirmative Defense, in its entirety by WARNER-LAMBERT COMPA for 5/13/02 By Judge Dickinson R. Debevoise (ar) (Entered: 03/28/2002) |
| 03/25/2002 | 22 | Minute entry: Proceedings recorded by Ct-Reporter: none; Minutes of: 03/25/02; The following actions were taken, adjourning motion hearing on [13-1] motion to dismiss Counts II, III, IV & VI of Teva's counterclaims, in their for failure to state a claim by WARNER-LAMBERT COMPA to 5/13/02, adjourning motion hearing on [13-2] motion to strike portions of Counts II, III & V of Teva's counterclaims & striking Teva's Third Separate Affirmative Defense, in its entirety by WARNER-LAMBERT COMPA to 5/13/02 By Judge Dickinson R. Debevoise (sr) (Entered: 04/23/2002) |
| 04/09/2002 | 21 | PRETRIAL SCHEDULING ORDER setting Amending of pleadings on 6/21/02 ; Joining of Parties 6/21/02 Discovery cutoff 9/30/02 ; Status conference 11:00 7/24/02 ; Dispositive Motion due on or before 3/1/03 ( signed by Magistrate Judge Susan D. Wigenton )(NM) (JB) (Entered: 04/10/2002) |
| 04/22/2002 | 23 | CONSENT ORDER, for Joseph M. O'Malley, Jr., Christopher Mizzo, |

| | | |
|---|---|---|
| | | Bruce M. Wexler and Nicholas M. Cannella to appear pro hac vice on behalf of pltf Warner-Lambert ( signed by Magistrate Judge Susan D. Wigenton ) (NM) (jd) (Entered: 04/23/2002) |
| 04/22/2002 | 24 | ***UNDER SEAL - CERT OF LAUREN KENDE IN RESPONSE by TEVA PHARMACEUTICALS in OPPOSITION to [15-1] motion for judgment on the pleadings, [13-1] motion to dismiss Counts II, III, IV & VI of Teva's counterclaims, in their entirety, for failure to state a claim, [13-2] motion to strike portions of Counts II, III & V of Teva's counterclaims & striking Teva's Third Separate Affirmative Defense, in its entirety [***UNDER SEAL - OPP BRIEF subm] (ar) (Entered: 04/24/2002) |
| 04/22/2002 | 25 | CERTIFICATE OF SERVICE by TEVA PHARMACEUTICALS Service Re: [24-1] opposition response (ar) (Entered: 04/24/2002) |
| 05/06/2002 | 26 | CERTIFICATE OF SERVICE by WARNER-LAMBERT COMPA of copy of reply memorandum (jd) (Entered: 05/06/2002) |
| 05/06/2002 | 27 | CERTIFICATE OF SERVICE by SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG of copy of reply brief (jd) (Entered: 05/07/2002) |
| 05/13/2002 | 28 | Minute entry: Proceedings recorded by Ct-Reporter: S. Rizman; Minutes of: 5/13/02; The following actions were taken, [15-1] motion for judgment on the pleadings. Decision Reserved. By Judge Dickinson R. Debevoise (jd) (Entered: 05/14/2002) |
| 05/13/2002 | 29 | Minute entry: Proceedings recorded by Ct-Reporter: S. Rizman; Minutes of: 5/13/02; The following actions were taken, [13-1] motion to dismiss Counts II, III, IV & VI of Teva's counterclaims, in their entirety, for failure to state a claim. Decision Reserved. [13-2] motion to strike portions of Counts II, III & V of Teva's counterclaims & striking Teva's Third Separate Affirmative Defense, in its entirety. Decision Reserved. Hrg. on application by pltf to admit M. Howard Morse pro hac vice. Ordered application granted. Order submitted. By Judge Dickinson R. Debevoise (jd) (Entered: 05/14/2002) |
| 05/13/2002 | 30 | AFFIDAVIT of M. Howard Morse on behalf of WARNER-LAMBERT COMPA Re: in support of application for pro hac vice admission (jd) (Entered: 05/14/2002) |
| 05/13/2002 | 31 | CERTIFICATION of Michael R. Clarke on behalf of WARNER-LAMBERT COMPA Re: in support of the application for pro hac vice admission of M. Howard Morse. (jd) (Entered: 05/14/2002) |
| 05/13/2002 | 32 | CONSENT ORDER, for M. Howard Morse to appear pro hac vice on |

| | | behalf of pltf Warner-Lambert ( signed by Judge Dickinson R. Debevoise ) (NM) (jd) (Entered: 05/14/2002) |
|---|---|---|
| 05/24/2002 | 33 | TRANSCRIPT of Proceedings taken on 5/13/02 by Crt Rep Stanley Rizman (DS) (Entered: 05/24/2002) |
| 06/05/2002 | 34 | OPINION ( signed by Judge Dickinson R. Debevoise ) (ar) (Entered: 06/06/2002) |
| 06/05/2002 | 35 | ORDER DENYING SCHWARZ's [15-1] motion for judgment on the pleadings; granting in part, denying in part Warner Lambert's [13-1] motion to dismiss Counts II, III, IV & VI of Teva's counterclaims, in their entirety, for failure to state a claim granting in part, denying in part [13-2] motion to strike portions of Counts II, III & V of Teva's counterclaims & striking Teva's Third Separate Affirmative Defense, in its entirety ( signed by Judge Dickinson R. Debevoise ) (NM) (ar) (Entered: 06/06/2002) |
| 07/29/2002 | 36 | ORDER, extending time until 7/22/02 to file Amended Reply/Answer to Counterclaim ( signed by Judge Dickinson R. Debevoise ) (NM) (DD) (Entered: 07/30/2002) |
| 07/29/2002 | 37 | AMENDED ANSWER/REPLY to counterclaim : amends [12-1] counterclaim answer (DD) (Entered: 07/30/2002) |
| 08/01/2002 | 38 | REVISED SCHEDULING ORDER setting Discovery cutoff 1/31/03; Status conference 2/5/03; discovery in this action concerning plt's allegation of willful infringment is stayed; discovery in this action concerning dft's anti-trust counterclaims is hereby stayed ( signed by Mag. Judge Ronald J. Hedges )(NM) (ak) (Entered: 08/02/2002) |
| 08/26/2002 | 39 | DECLARATION of FRANCIS D. CERRITO on behalf of SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG Re: pro hac vice (nr) (Entered: 08/28/2002) |
| 08/26/2002 | 40 | DECLARATION of DANIEL L. MALONE on behalf of SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG Re: pro hac vice (nr) (Entered: 08/28/2002) |
| 08/26/2002 | 41 | ORDER, for Brian M. Poissant, Francis D. Cerrito and Daniel L. Malone to appear pro hac vice ( signed by Mag. Judge Ronald J. Hedges ) (NM) (nr) (Entered: 08/28/2002) |
| 09/20/2002 | 42 | STIPULATION and ORDER, for protective order ( signed by Mag. Judge Ronald J. Hedges ) (NM) (DD) (Entered: 09/23/2002) |
| 09/20/2002 | 43 | ORDER that Pltfs., Schwarz Pharma, Inc. & Schwarz Pharma AG |

| | | |
|---|---|---|
| | | will abide by the obligations & conditions of the Protective Order in Warner-Lambert Co. v. Teva 99-cv-922 (DRD), in their handling of all documents & things produced in this action that are the subj. of that Protective Order ( signed by Mag. Judge Ronald J. Hedges ) (NM) (DD) (Entered: 09/23/2002) |
| 11/15/2002 | 44 | Notice of MOTION for summary judgment of non-infringement by dft., TEVA PHARMACEUTICALS,(USA) Motion set for 12/9/02 on [44-1] motion (Brief/PO Subm) (cs) (Entered: 11/19/2002) |
| 11/15/2002 | 45 | DECLARATION of STACIL L. JULIE, ESQ. w/exhibits on behalf of dft., TEVA PHARMACEUTICALS, USA and in support of [44-1] motion for summary judgment of non-infringement (cs) (Entered: 11/19/2002) |
| 11/15/2002 | 46 | DECLARATION of JOSEPH B. SCHWARTZ, PH.D. w/exhibits (Vols. I & II) on behalf of TEVA PHARMACEUTICALS, USA and in support of [44-1] motion for summary judgment of non-infringement (cs) (Entered: 11/19/2002) |
| 11/15/2002 | 47 | CERTIFICATE OF SERVICE of copy of notice of motion with supporting Declarations and brief etc. (cs) (Entered: 11/19/2002) |
| 11/20/2002 | 49 | ORIGINAL SIGNATURE re DECLARATION of JOSEPH B. SCHWARTZ PhD on behalf of TEVA PHARMACEUTICALS Re: [44-1] motion for summary judgment of non-infringement (ar) (Entered: 11/27/2002) |
| 11/22/2002 | 48 | STIPULATION and ORDER adjourning motion hearing on [44-2] hearing Motion set for 12/9/02 on [44-1] motion by TEVA PHARMACEUTICALS for 1/13/03 The parties have also revised the briefing schedule as follows: opposition papers shall be filed with the court on or before December 16, 2002; reply papers in support of the motion shall be filed with the Court on or before 01/06/03 ( signed by Judge Dickinson R. Debevoise ) (NM) (JB) (Entered: 11/27/2002) |
| 12/09/2002 | 50 | Minute entry: Proceedings recorded by ; Minutes of: 12/9/02; The following actions were taken, setting motion hearing on [44-1] motion for summary judgment of non-infringement by TEVA PHARMACEUTICALS for 1/13/03 By Judge Dickinson R. Debevoise (mn) (Entered: 12/11/2002) |
| 12/16/2002 | 51 | DECLARATION of GEORGE W. GOKEL w/attached exhibits 1-5 on behalf of SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG Re: in opposition to [44-1] motion for summary judgment of non-infringement (DD) (Entered: 12/20/2002) |
| | | |

| | | |
|---|---|---|
| 12/16/2002 | 52 | DECLARATION of DANIEL L. MALONE w/attached exhibits 1-8 & 10 on behalf of SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG Re: in opposition to [44-1] motion for summary judgment of non-infringement {EXHIBIT 9 * * *SEALED* * *} (DD) (Entered: 12/20/2002) |
| 01/13/2003 | 53 | Minute entry: Proceedings recorded by Ct-Reporter: none; Minutes of: 01/13/03; The following actions were taken, adjourning motion hearing on [44-1] motion for summary judgment of non-infringement by TEVA PHARMACEUTICALS to 2/10/03 By Judge Dickinson R. Debevoise (sr) (Entered: 01/13/2003) |
| 01/15/2003 | 54 | STIPULATION and ORDER, amending [38-1] Scheduling order , reset closing of fact discovery due for 2/28/03 , reset status conference for 12:30 3/5/03 ( signed by Magistrate Judge Susan D. Wigenton ) (NM) (JB) (Entered: 01/16/2003) |
| 01/21/2003 | 55 | STATEMENT of material facts pur. to local rule 56.1 by TEVA PHARMACEUTICALS (mn) (Entered: 01/22/2003) |
| 01/21/2003 | 56 | CERTIFICATE OF SERVICE by TEVA PHARMACEUTICALS as to TEVA PHARMACEUTICALS Service Re: reply brief in support of mot. for sum. jgm., statement & declarations. (mn) (Entered: 01/22/2003) |
| 01/21/2003 | 57 | DECLARATION on behalf of TEVA PHARMACEUTICALS *** (sealed) (mn) (Entered: 01/22/2003) |
| 01/21/2003 | 58 | Second DECLARATION of on behalf of TEVA PHARMACEUTICALS ***(sealed) (mn) (Entered: 01/22/2003) |
| 01/21/2003 | 59 | DECLARATION of Christopher Mizzo on behalf of WARNER-LAMBERT COMPA in response to Schwarz Pharm's opposition to sum. jgm. (mn) (Entered: 01/22/2003) |
| 01/21/2003 | 60 | DECLARATION of Gerald S. Brenner on behalf of WARNER-LAMBERT COMPA Re: sum. jgm. motion. (mn) (Entered: 01/22/2003) |
| 01/21/2003 | 61 | RESPONSE by WARNER-LAMBERT COMPA to Schwarz Pharma's opposition to sum. jgm. (mn) (Entered: 01/22/2003) |
| 01/21/2003 | 62 | CERTIFICATE OF SERVICE by WARNER-LAMBERT COMPA Service Re: response & declarations for sum. jgm. motion. (mn) (Entered: 01/22/2003) |
| 02/04/2003 | 63 | Notice of MOTION to strike in part Teva Pharmaceuticals USA'S |

| | | |
|---|---|---|
| | | Reply Papers Concerning it Motion for Summary Judgment of Non-Infringement , or in the alternative for leave to file Sur-Reply Papers by SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG, Motion set for 3/10/03 on [63-1] motion, set for 3/10/03 on [63-2] motion . (Brief/PO Subm) (DD) (Entered: 02/05/2003) |
| 02/04/2003 | 64 | DECLARATION of ERIC C. STOPS w/attached exhibits A-F on behalf of SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG Re: [63-1] motion to strike in part Teva Pharmaceuticals USA'S Reply Papers Concerning it Motion for Summary Judgment of Non-Infringement, [63-2] motion for leave to file Sur-Reply Papers (DD) (Entered: 02/05/2003) |
| 02/04/2003 | 65 | DECLARATION of F. DOMINIC CERRITO w/attached exhibits A-J on behalf of SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG Re: [63-1] motion to strike in part Teva Pharmaceuticals USA'S Reply Papers Concerning it Motion for Summary Judgment of Non-Infringement, [63-2] motion for leave to file Sur-Reply Papers (DD) (Entered: 02/05/2003) |
| 02/04/2003 | 66 | DECLARATION of DANIEL L. MALONE w/attached exhibits A-D & F on behalf of SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG Re: [63-1] motion to strike in part Teva Pharmaceuticals USA'S Reply Papers Concerning it Motion for Summary Judgment of Non-Infringement, [63-2] motion for leave to file Sur-Reply Papers {EXHIBIT E ***SEALED***} (DD) (Entered: 02/05/2003) |
| 02/07/2003 | 67 | ORDER placing under seal Exhibit #1 to Declaration of F. Christopher Mizzo in support of Warner-Lambert's Response to Schwarz Pharma's Opposition to Summary Judgment on 1/21/02 ( signed by Judge Dickinson R. Debevoise ) (NM) (pv) (Entered: 02/07/2003) |
| 02/10/2003 | 68 | Minute entry: Proceedings recorded by Ct-Reporter: M. Giordano; Minutes of: 2/10/03; The following actions were taken, [44-1] motion for summary judgment of non-infringement taken under advisement pursuant to R78. By Judge Dickinson R. Debevoise (aa) (Entered: 02/10/2003) |
| 02/12/2003 | 69 | RESPONSE by SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG, WARNER-LAMBERT COMPA in opposition to [63-1] motion to strike in part Teva Pharmaceuticals USA'S Reply Papers Concerning it Motion for Summary Judgment of Non-Infringement (nr) (Entered: 02/14/2003) |
| 03/05/2003 | 70 | ORDER, setting status conference for 11:00 4/25/03 ( signed by Magistrate Judge Susan D. Wigenton ) (NM) (JB) (Entered: |

| | | |
|---|---|---|
| | | 03/07/2003) |
| 03/10/2003 | 71 | Minute entry: Proceedings recorded by Ct-Reporter: M. Giordano; Minutes of: 03/10/03; The following actions were taken, was in fact previously denied [63-1] motion to strike in part Teva Pharmaceuticals USA'S Reply Papers Concerning it Motion for Summary Judgment of Non-Infringement previously granted [63-2] motion for leave to file Sur-Reply Papers By Judge Dickinson R. Debevoise (JB) (Entered: 03/11/2003) |
| 03/24/2003 | 72 | OPINION ( signed by Judge Dickinson R. Debevoise ) (DD) (Entered: 03/25/2003) |
| 03/24/2003 | 73 | ORDER granting [44-1] motion for summary judgment of non-infringement w/costs of suit awarded in favor of deft. Teva Pharmaceuticals USA and against pltfs. Schwarz Pharma, Inc. & Schwarz Pharma AG ( signed by Judge Dickinson R. Debevoise ) (NM) (DD) Modified on 04/01/2003 (Entered: 03/25/2003) |
| 03/25/2003 | | Case closed (DD) (Entered: 03/25/2003) |
| 04/04/2003 | | Case reopened {as per chmbrs} (DD) (Entered: 04/04/2003) |
| 04/16/2003 | 74 | JUDGMENT of non-infringement pursuant to FRCP 54(b) in favor of defendant TEVA PHARMACEUTICALS ( signed by Judge Dickinson R. Debevoise ) n/m (ar) (Entered: 04/23/2003) |
| 04/22/2003 | 75 | APPLICATION by deft., TEVA PHARMACEUTICALS, for taxation of costs to the clerk w/verified bill of costs (DD) (Entered: 04/24/2003) |
| 04/22/2003 | 76 | DECLARATION of STACI L. JULIE w/attached exhibits A-D on behalf of TEVA PHARMACEUTICALS Re: [75-1] application for taxation of costs (DD) (Entered: 04/24/2003) |
| 04/25/2003 | 77 | RESPONSE by SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG in opposition to TEVA's [75-1] application "..Itemization of Costs under Local Civil Rule 54.1(f)." [Copy to Jack O'Brien] (ar) (Entered: 04/28/2003) |
| 04/25/2003 | 78 | DECLARATION of GASPER J. LA ROSA, ESQ. on behalf of SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG IN OPPOSITION TO TEVA'S Re: [75-1] application re taxation of costs [Copy to Jack O'Brien] (ar) (Entered: 04/28/2003) |
| 05/09/2003 | 79 | NOTICE OF APPEAL filed at 3:52pm by pla. SCHWARZ PHARMA, INC., and SCHWARZ PHARMA AG Re: [74-1] |

| | | |
|---|---|---|
| | | judgment order . Fee $105.00. Copies of notice of appeal sent to Clerk, USCA for The Federal Circuit and Attorney(s): ARNOLD B. CALMANN, KATHLEEN HOLLY DOOLEY, CHARLES MICHAEL LIZZA (ce) (Entered: 05/12/2003) |
| 05/15/2003 | 80 | Transcript Purchase Order RE: [79-1] appeal indicating a transcript is already on file (ce) (Entered: 05/16/2003) |
| 05/16/2003 | | Record complete for purposes of appeal. (ce) (Entered: 05/16/2003) |
| 05/19/2003 | 81 | NOTICE of Docketing ROA from USCA Re: [79-1] appeal USCA NUMBER: 03-1384 (ce) (Entered: 05/21/2003) |
| 05/19/2003 | 82 | Certified Copy Of Order from the USCA for The Federal Circuit authorizing abreviation of caption (USCA# 03-1384) (ce) (Entered: 05/21/2003) |
| 05/19/2003 | 83 | LETTER By WARNER-LAMBERT COMPANY RE substitution of attorney from Kathleen Dolly Hooley to Melissa L. Klipp from Dricker Biddle & Reath LLP. (bl) (Entered: 05/21/2003) |
| 05/19/2003 | | Substitute per pevious letter attorney for WARNER-LAMBERT COMPA ; Terminated attorney KATHLEEN HOLLY DOOLEY for WARNER-LAMBERT COMPA ; Added, MELISSA L. KLIPP (bl) (Entered: 05/21/2003) |
| 10/24/2003 | | Case closed [as per Order fld. 4/16/03 - Doc. #74] (DD) (Entered: 10/24/2003) |
| 02/03/2004 | 84 | OPINION of USCA (ce, ) (Entered: 02/09/2004) |
| 02/23/2004 | 85 | OPINION FROM USCA (ce, ) (Entered: 02/27/2004) |
| 02/23/2004 | 86 | USCA JUDGMENT Vacating and Remanding back to USDC for further proceedings(USCA# 03-1384)(cc:chambers) (ce, ) (Entered: 02/27/2004) |
| 02/25/2004 | 87 | NOTICE of Change of Address as to pro hac vice counsel on behalf of SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC. (jd, ) (Entered: 02/27/2004) |
| 02/26/2004 | 88 | Certification of Robert C. Brady of Compliance with payment of fees and for the admission pro hac vice of Brian M. Poissant, F. Dominic Cerrito and Daniel L. Malone on behalf of SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC.. (jd, ) (Entered: 02/27/2004) |
| | | |

| 04/01/2004 | 89 | MOTION for Pro Hac Vice Admission of Michael W. Vary by SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC.. (Attachments: # 1 certification of Michael W. Vary# 2 proposed order# 3 cert of service)(jd, ) (Entered: 04/06/2004) |
| --- | --- | --- |
| 04/01/2004 |  | Set Deadlines as to 89 MOTION for Pro Hac Vice Admission. Motion Hearing set for 4/26/2004 before Judge Dickinson R. Debevoise. (jd, ) (Entered: 04/06/2004) |
| 04/06/2004 | 90 | ORDER granting 89 Motion to admit Michael W. Vary, Esq. pro hac vice . Signed by Judge Susan D. Wigenton on 4/6/04. (sr, ) (Entered: 04/07/2004) |
| 04/20/2004 | 91 | SCHEDULING ORDER: parties shall immediately resume discovery; depositions will begin the week of 5/11/04, etc.; Status Conference set for 5/24/2004 02:00 PM before Magistrate Judge Susan D. Wigenton.. Signed by Judge Susan D. Wigenton on 4/20/04. (jd, ) (Entered: 04/20/2004) |
| 05/24/2004 |  | Minute Entry for proceedings held before Judge Susan D. Wigenton : Telephone Status Conference held on 5/24/2004. (em, ) (Entered: 05/24/2004) |
| 06/18/2004 | 92 | STIPULATION /Withdrawal of Appearance of Fish and Neave by TEVA PHARMACEUTICALS USA, INC.. (KADIAN, DENNIS) (Entered: 06/18/2004) |
| 07/22/2004 |  | Minute Entry for proceedings held before Judge Susan D. Wigenton : Telephone Conference held on 7/22/2004. (em, ) (Entered: 07/22/2004) |
| 07/23/2004 | 93 | ORDER SCHEDULING CONFERENCE Status Conference set for 9/23/2004 02:00 PM before Magistrate Judge Susan D. Wigenton.. Signed by Judge Susan D. Wigenton on 7/23/04. (MD, ) (Entered: 07/26/2004) |
| 07/26/2004 | 94 | AMENDED COMPLAINT against TEVA PHARMACEUTICALS USA, INC. , filed by SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC., WARNER-LAMBERT COMPANY.(nr, ) (Entered: 07/28/2004) |
| 07/26/2004 | 95 | CERTIFICATE OF SERVICE by SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC. re 94 Amended Complaint (nr, ) (Entered: 07/28/2004) |
| 08/02/2004 | 96 | MOTION for Preliminary Injunction by SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC.. (DD, ) (Entered: 08/04/2004) |

| | | |
|---|---|---|
| 08/02/2004 | 97 | BRIEF in Support re 96 MOTION for Preliminary Injunction filed by SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC. * * *SEALED* * * (DD, ) (Entered: 08/04/2004) |
| 08/02/2004 | 98 | DECLARATION * * *SEALED* * *. (DD, ) (Entered: 08/04/2004) |
| 08/02/2004 | 99 | DECLARATION * * *SEALED* * * (DD, ) (Entered: 08/04/2004) |
| 08/02/2004 | 100 | DECLARATION * * *SEALED* * * (DD, ) (Entered: 08/04/2004) |
| 08/02/2004 | 101 | DECLARATION * * *SEALED* * * (DD, ) (Entered: 08/04/2004) |
| 08/02/2004 | | Set Deadlines as to 96 MOTION for Preliminary Injunction. Motion Hearing set for 9/13/2004 before Judge Dickinson R. Debevoise. (DD, ) (Entered: 08/04/2004) |
| 08/24/2004 | 102 | BRIEF in Opposition re 96 MOTION for Preliminary Injunction filed by TEVA PHARMACEUTICALS USA, INC..***(sealed) (mn, ) (Entered: 08/25/2004) |
| 08/24/2004 | 103 | DECLARATION of L.C.G. by TEVA PHARMACEUTICALS USA, INC..***(sealed) (mn, ) (Entered: 08/25/2004) |
| 08/24/2004 | 104 | CERTIFICATE OF SERVICE by TEVA PHARMACEUTICALS USA, INC. of brief, declarations & affidavit.***(sealed) (mn, ) (Entered: 08/25/2004) |
| 08/24/2004 | 105 | AFFIDAVIT of W.M. by TEVA PHARMACEUTICALS USA, INC..***(Sealed) (mn, ) (Entered: 08/25/2004) |
| 08/24/2004 | 106 | AFFIDAVIT of I.M.C. by TEVA PHARMACEUTICALS USA, INC..***(sealed) (mn, ) (Entered: 08/25/2004) |
| 08/24/2004 | 107 | DECLARATION of A.H.K. by TEVA PHARMACEUTICALS USA, INC..***(sealed) (mn, ) (Entered: 08/25/2004) |
| 08/24/2004 | 108 | DECLARATION of A.M.S. by TEVA PHARMACEUTICALS USA, INC..***(sealed) (mn, ) (Entered: 08/25/2004) |
| 08/24/2004 | 109 | DECLARATION (volume 1,2,3)of D.T.H. by TEVA PHARMACEUTICALS USA, INC..***(sealed) (mn, ) (Entered: 08/25/2004) |
| 08/25/2004 | 110 | ANSWER to Amended Complaint, COUNTERCLAIM against SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC. by TEVA PHARMACEUTICALS USA, INC.. (Attachments: # 1 Certification |

|  |  | of service)(CALMANN, ARNOLD) (Entered: 08/25/2004) |
|---|---|---|
| 09/03/2004 | 111 | ***REPLY BRIEF filed by SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC.. (nr, ) (Entered: 09/07/2004) |
| 09/03/2004 | 112 | ***SUPPLEMENTAL DECLARATION by SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC.. (nr, ) (Entered: 09/07/2004) |
| 09/03/2004 | 113 | ***SUPPLEMENTAL DECLARATION by SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC.. (nr, ) (Entered: 09/07/2004) |
| 09/03/2004 | 114 | CERTIFICATE OF SERVICE OF brief and declarations (nr, ) (Entered: 09/07/2004) |
| 09/08/2004 | 115 | ORDER granting pro hac vice admission as to FREDERICK H. REIN, ESQ.. Signed by Judge Susan D. Wigenton on 9/7/04. (DD, ) (Entered: 09/08/2004) |
| 09/08/2004 | 116 | ORDER granting pro hac vice admission as to DAVID M. HASHMALL, ESQ. & DOMINIQUE T. HUSSEY, ESQ.. Signed by Judge Susan D. Wigenton on 9/7/04. (DD, ) (Entered: 09/08/2004) |
| 09/09/2004 | 118 | SUPPLEMENTAL OPPOSITION BRIEF, w/cert of service filed by TEVA PHARMACEUTICALS USA, INC. (FILED UNDER SEAL) (sr, ) (Entered: 09/17/2004) |
| 09/09/2004 | 119 | SUPPLEMENTAL DECLARATION of Dominique T. Hussey (filed under seal). (sr, ) (Entered: 09/17/2004) |
| 09/10/2004 | 117 | STIPULATION AND ORDER extending time for deft., TEVA PHARMACEUTICALS USA, INC. to answer AMENDED CMP. until 8/25/04.. Signed by Judge Susan D. Wigenton on 9/7/04. (DD, ) (Entered: 09/10/2004) |
| 09/17/2004 | 120 | *Reply* ANSWER to Counterclaim *To Amended Complaint* by WARNER-LAMBERT COMPANY.(KLIPP, MELISSA) (Entered: 09/17/2004) |
| 09/17/2004 | 121 | First MOTION to Dismiss *Teva's Counterclaims* by WARNER-LAMBERT COMPANY. (Attachments: # 1 Brief In Support of Involuntary Plaintiff/Counterclaim Defendant Warner-Lambert Company's Motion To Dismiss Teva's Counterclaims# 2 Text of Proposed Order)(KLIPP, MELISSA) (Entered: 09/17/2004) |
| 09/17/2004 | 122 | Certification of Service on behalf of WARNER-LAMBERT COMPANY Re 120 Answer to Counterclaim, 121 Motion to Dismiss,. (KLIPP, MELISSA) (Entered: 09/17/2004) |

| 09/17/2004 | 124 | MOTION to Strike Teva's affirmative defenses and to dismiss Teva's counterclaims by SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC.. Responses due by 9/28/2004 (Attachments: # 1 Brief# 2 P/O# 3 Decl. of Gasper J. LaRosa (Complete declaration in the Clerk's file)(nr, ) (Entered: 09/21/2004) |
|---|---|---|
| 09/17/2004 | | Set Deadlines as to 124 MOTION to Strike. Motion Hearing set for 10/12/2004 10:00 AM before Judge Dickinson R. Debevoise. (nr, ) (Entered: 09/21/2004) |
| 09/17/2004 | 125 | DECLARATION of sealed *** IN SUPPORT OF WARNER-LAMBERT'S Motion to dismiss Teva's countercaims***. (bl, ) Modified on 9/29/2004 (bl, ). (Entered: 09/22/2004) |
| 09/20/2004 | | Set Deadlines as to 121 First MOTION to Dismiss *Teva's Counterclaims*. Motion Hearing set for 10/12/2004 10:00 AM before Judge Dickinson R. Debevoise. (ak, ) (Entered: 09/20/2004) |
| 09/20/2004 | 123 | Substitution of Attorney for dft., TEVA PHARMACEUATAICAL (LITE, ALLYN) Modified on 9/24/2004 (cs, ). (Entered: 09/20/2004) |
| 09/23/2004 | 126 | STIPULATION AND ORDER that deft Teva Pharm.,etc., as of 9/13/04 are hereby restrained and enjoined, pending final resolution of this action or further order of the court, from engaging in the commercial manufacture,etc. of moexipril hydrochloride tablets, etc.; Schwartz Pharma's motion for an injunction is withdrawn. Signed by Judge Dickinson R. Debevoise on 9/13/04. (jd, ) (Entered: 09/23/2004) |
| 09/24/2004 | 127 | NOTICE by WARNER-LAMBERT COMPANY *of Appearance of George G. Gordon* (KLIPP, MELISSA) (Entered: 09/24/2004) |
| 09/24/2004 | 128 | MOTION for Limited Admission *of Joseph A. Tate and Friedrich-Wilhelm Sachse* by WARNER-LAMBERT COMPANY. (Attachments: # 1 Affidavit of Melissa L. Klipp in Support# 2 Affidavit of Joseph Tate in Support# 3 Affidavit # 4 Text of Proposed Order)(KLIPP, MELISSA) (Entered: 09/24/2004) |
| 09/24/2004 | 129 | Certification of Service on behalf of WARNER-LAMBERT COMPANY Re 127 Notice (Other), 128 Motion for Limited Admission,. (KLIPP, MELISSA) (Entered: 09/24/2004) |
| 09/24/2004 | | CLERKS OFFICE QUALITY CONTROL MESSAGE - The NOTICE document number 127 filed by M. Klipp on 9/24/04 was submitted incorrectly as a Notice. PLEASE RESUBMIT THE Notice BY 10/4/04 USING Notice of Appearance as the correct event*. This submission will remain on the docket unless otherwise ordered by the |

| | | |
|---|---|---|
| | | court. (cs, ) (Entered: 09/29/2004) |
| 09/27/2004 | | Set Deadlines as to 128 MOTION for Limited Admission *of Joseph A. Tate and Friedrich-Wilhelm Sachse*. Motion Hearing set for 10/25/2004 10:00 AM before Judge Dickinson R. Debevoise. (ak, ) (Entered: 09/27/2004) |
| 09/28/2004 | 130 | ORDER granting 128 Motion for Limited Admission re: Joseph A. Tate and Friedrich-Wilhelm W. Sachse. Signed by Judge Dickinson R. Debevoise on 9/27/04. (sr, ) (Entered: 09/28/2004) |
| 10/01/2004 | 132 | MOTION for Summary Judgment of ingringement by SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC.. (Attachments: # 1 cert. of service# 2 Text of Proposed Order)(mn, ) (Entered: 10/06/2004) |
| 10/01/2004 | 133 | DECLARATION by SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC..***(sealed) (mn, ) (Entered: 10/06/2004) |
| 10/01/2004 | 134 | BRIEF in Support re 132 MOTION for Summary Judgment filed by SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC..***(sealed) (mn, ) (Entered: 10/06/2004) |
| 10/01/2004 | 135 | STATEMENT of undisputed material facts by SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC..***(sealed) (mn, ) (Entered: 10/06/2004) |
| 10/05/2004 | 136 | NOTICE of Appearance by GEORGE G. GORDON on behalf of WARNER-LAMBERT COMPANY (JB, ) (Entered: 10/07/2004) |
| 10/06/2004 | 131 | SCHEDULING ORDER: Status Conference set for 1/25/2005 10:30 AM before Magistrate Judge Susan D. Wigenton. Fact Discovery due by 2/18/2005; etc.. Signed by Judge Susan D. Wigenton on 10/4/04. (DD, ) (Entered: 10/06/2004) |
| 10/06/2004 | | Reset Deadlines as to 121 First MOTION to Dismiss *Teva's Counterclaims*, 124 MOTION to Strike. Motion Hearing set for 10/25/2004 10:00 AM before Judge Dickinson R. Debevoise. (ak, ) (Entered: 10/06/2004) |
| 10/07/2004 | | Set Deadlines as to 132 MOTION for Summary Judgment. Motion Hearing set for 10/25/2004 10:00 AM before Judge Dickinson R. Debevoise. (ak, ) (Entered: 10/07/2004) |
| 10/12/2004 | 137 | BRIEF in Opposition re 121 First MOTION to Dismiss *Teva's Counterclaims*, 124 MOTION to Strike filed by TEVA PHARMACEUTICALS USA, INC.. (Attachments: # 1)(PATUNAS, MICHAEL) (Entered: 10/12/2004) |

| 10/14/2004 | 138 | STIPULATION & ORDER DISMISSING 2nd,3rd,4th,5th counterclaims of Teva's answer & counterclaims to amended complt. filed on 8/25/04 w/prejudice. Signed by Judge Dickinson R. Debevoise on 10/08/04. (sr, ) (Entered: 10/14/2004) |
|---|---|---|
| 10/18/2004 | 139 | REPLY to Response to Motion re 121 First MOTION to Dismiss *Teva's Counterclaims* filed by WARNER-LAMBERT COMPANY. (Attachments: # 1 Certification of Service)(KLIPP, MELISSA) (Entered: 10/18/2004) |
| 10/18/2004 | 140 | BRIEF in Support re 124 MOTION to Strike filed by SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC.. (Attachments: # 1 cert. of service)(sr, ) (Entered: 10/20/2004) |
| 10/19/2004 | 141 | Writ of Execution Returned Executed - Bank of NY property to seize on 10/06/04. (Attachments: # 1 writ of execution Bank of NY property to seize# 2 Bank of NY property to seize# 3 Bank of NY property to seize# 4 Pragnesh Patel - real estate# 5 Patel Video & Variety, Inc.)(sr, ) (Entered: 10/20/2004) |
| 10/25/2004 | 142 | Minute Entry for proceedings held before Judge Dickinson R. Debevoise : Motion Hearing held on 10/25/2004 re 121 First MOTION to Dismiss *Teva's Counterclaims* filed by WARNER-LAMBERT COMPANY, 132 MOTION for Summary Judgment filed by SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG, 124 MOTION to Strike filed by SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG; Ordered Decisions Reserved. (Court Reporter Mollie Giordano.) (ak, ) (Entered: 10/26/2004) |
| 10/25/2004 | 143 | Opposition BRIEF*** (sealed) . (jd, ) (Entered: 11/01/2004) |
| 10/25/2004 | 144 | CounterSTATEMENT of material facts***(sealed). (jd, ) (Entered: 11/01/2004) |
| 10/25/2004 | 145 | Second DECLARATION***(sealed). (jd, ) (Entered: 11/01/2004) |
| 10/25/2004 | 146 | DECLARATION ***(sealed). (jd, ) (Entered: 11/01/2004) |
| 10/25/2004 | 147 | CERTIFICATE OF SERVICE by TEVA PHARMACEUTICALS USA, INC. of copy of [143] Brief, [144] Statement, [145] Declaration, [146] Declaration (jd, ) (Entered: 11/01/2004) |
| 11/01/2004 | 148 | BRIEF filed by SCHWARZ PHARMA AG, SCHWARZ PHARMA, INC. in reply to Teva Pharmaceuticals USA, Inc's opposition to mot. for sum. jgm..***(sealed) (mn, ) (Entered: 11/04/2004) |
| 11/01/2004 | 149 | Supplemental DECLARATION & cert. of service.***(sealed). (mn, ) |

| | | |
|---|---|---|
| | | (Entered: 11/04/2004) |
| 11/08/2004 | 150 | Minute Entry for proceedings held before Judge Dickinson R. Debevoise : Motion Hearing held on 11/8/2004 re 132 MOTION for Summary Judgment filed by SCHWARZ PHARMA, INC., SCHWARZ PHARMA AG; Ordered decision reserved. (Court Reporter Mollie Giordano.) (ak, ) (Entered: 11/09/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/11/2004 17:54:39 | | | |
| PACER Login: | pc0208 | Client Code: | 40923 |
| Description: | Docket Report | Search Criteria: | 2:01-cv-04995-DRD Start date: 1/1/1970 End date: 11/12/2004 |
| Billable Pages: | 9 | Cost: | 0.63 |