# **EXHIBIT A**

```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION


PHARMASTEM THERAPEUTICS,
INC.,

         Plaintiff,
                                Case No. 8:04-cv-1740-T-30TGW
-vs-                            9 November 2004
                                Tampa, Florida
CRYO-CELL INTERNATIONAL,        8:45 a.m.
INC., et al.,

         Defendant.
-------------------------/


              TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE JAMES S. MOODY, JR.,
           UNITED STATES DISTRICT COURT JUDGE


APPEARANCES:

For the Plaintiff:     PAUL J. ANDRE, ESQUIRE
                       LISA KOBIALKA, ESQUIRE
                       Perkins, Coie, LLP
                       101 Jefferson Drive
                       Menlo Park, California 94025-1114
                       Phone: (650) 838-4370
                       Fax:   (650) 838-4350
                       E-mail: PAndre@perkinscoie.com


For the Defendant:     CHARLES F. KETCHEY, JR., ESQUIRE
                       JAMES J. RODGERS, ESQUIRE
                       Akerman, Senterfitt
                       First Union Building
                       100 South Ashley Drive
                       Suite 1500
                       Tampa, Florida 33602-5311
                       Phone: (813) 223-7333
                              (813) 209-5060 direct
                       Fax:   (813) 223-2837
                       E-mail: cketchey@akerman.com
(appearances continued on next page)
```

SHERRILL LYNN JACKSON, Official Court Reporter
U.S. District Court, Middle District of Florida, Tampa Division

```
                    and

                    CHARLES ALLEN CARLSON, ESQUIRE
                    Barnett, Bolt, Kirkwood & Long
                    Post Office Box 3287
                    Tampa, Florida 33601-3287

Reported By:        Sherrill Lynn Jackson, RPR
                    Official Court Reporter
                    801 North Florida Avenue, Suite 13A
                    Tampa, Florida 33602
                    Phone:  (813) 301-5041
```

# I N D E X

|  | Page |
|---|---|
| PROCEEDINGS ................................... | 3 |
| CERTIFICATE OF REPORTER ....................... | 21 |

```
 1  aspect with the June 2nd letter.  They can't go in and
 2  double-dip and get claims on the exact same facts that
 3  they've already, you know, obtained the remedy from in a
 4  previous case.
 5          To the extent they filed a new case in Delaware,
 6  that's where we have the problems, the Delaware two case,
 7  because there the exact same counterclaims are in place than
 8  they are in this court.
 9          THE COURT:  Okay.
10          MR. ANDRE:  Thank you, Your Honor.
11          THE COURT:  I'll approve the case management dates
12  sought by the parties.  I'm going to stay this case for 120
13  days to see what MDL does with it.  If nothing is resolved
14  in the 120 days, you can file a motion asking for a
15  preliminary injunction hearing.  I'll give you the hearing,
16  and then I'll decide what to do with it.
17          I can tell you upfront that my first reaction is
18  it seems appropriate that all these related cases across the
19  country ought to be resolved by one court, whether it's
20  Judge Sleet or some other court.  It's neither here nor
21  there to me, but it doesn't make -- it's not for good
22  judicial economy to have five different courts trying to
23  construe the same patents.  So, I'll be glad to give you the
24  preliminary injunction hearing.
25          I can tell you where I'll be coming from and where
```

```
 1   you will need to direct your persuasion.  It would seem
 2   appropriate to me that some court take the lead and construe
 3   these patents; and then if we have separate trials on what
 4   the separate parties are doing about them, that's fine.  But
 5   to me that would seem a strong reason why the MDL would have
 6   all the pretrial discovery done in a consolidated fashion,
 7   even to the point of having the patents construed through
 8   the Martina hearing.
 9           And the little bit I know about patents is at
10   least I do know that the federal district is now considering
11   changing the standards that you're supposed to use in trying
12   to construe patents; and we don't even know what that is
13   right now.  Is that right?
14           MR. ANDRE:  I believe the federal circuit is
15   looking at it -- it's a big case -- that's correct, Your
16   Honor; and the Supreme Court is considering that aspect.
17           THE COURT:  Okay.  All right.  Well, if you still
18   have these burning issues pending after 120 days, let me
19   know, and I'll consider them.
20           MR. ANDRE:  Thank you, Your Honor.
21           THE COURT:  All right.  Thank you.
22           (This matter was adjourned at 9:10 a.m.)
23                       - - - - -
24
25
```

```
 1                CERTIFICATE OR REPORTER
 2
 3   STATE OF FLORIDA      )
 4   CIRCUIT OF HILLSBOROUGH )
 5
 6          I, SHERRILL LYNN JACKSON, Official Court Reporter
 7   for United States District Court, Middle District of
 8   Florida, Tampa Division,
 9          DO HEREBY CERTIFY that I was authorized to and
10   did report in shorthand the proceedings and evidence in the
11   above-styled cause, as stated in the caption hereto, and
12   that the foregoing pages numbered 1 to 21, inclusive,
13   constitute a true and correct transcription of my shorthand
14   report of said proceedings and evidence.
15
16          Dated this 25th day of November, 2004.
17
                                _____
18                              Sherrill Lynn Jackson, RPR
19
20
21
22
23
24
25
```