


UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

TO: US District Court
844 N. King Street
Wilmington DE. 19801

RE:
CIVIL ACTION #: 04-cv-11673-RWZ
CRIMINAL #:

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on 3/15/05 by the Honorable Judicial Panel MDL.

The following documents are included in our file and transmitted herewith:

(✓) Certified copy of the docket entries;

(✓) Certified copy of the transferral order;

( ) Original documents numbered 1-47

( ) _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

TONY ANASTAS, CLERK

Date: 5/4/05

SARAH A. THORNTON
By: _____
Deputy Clerk

cc: Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number: _____.

By: _____
Deputy Clerk

(transrec.ltr - 10/96)